UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES CLOUD

    VS                                     CASE NO.  4:19-cv-00161-MW-CAS

FLORIDA DEPARTMENT OF
CORRECTIONS ET AL

**JUDGMENT**

Plaintiff's claims against Defendant Charles Gregory Lindsey are dismissed with prejudice. Each party shall each bear its own fees and costs.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

February 24, 2020           s/Betsy Breeden
DATE                             Deputy Clerk: Betsy Breeden