**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CHARLES CLOUD

    VS                                                    CASE NO.  4:19-cv-161-MW-MJF

FLORIDA DEPARTMENT OF
CORRECTIONS and ALEXIS ACOSTA

**JUDGMENT**

Charles Cloud and the Florida Department of Corrections are ordered to comply with their settlement agreement. All claims against FDOC are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41. This Court reserves jurisdiction to enforce the order to comply with the settlement agreement.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

 July 29, 2020                            s/Betsy Breeden
DATE                                           Deputy Clerk: Betsy Breeden