## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CHARLES CLOUD

    VS                                              CASE NO. 4:19-cv-00161-MW-MJF

CENTURION OF FLORIDA LLC and
DANIEL P CHERRY

**JUDGMENT**

This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a) as to Defendant Cherry.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

 February 19, 2021                s/Betsy Breeden
DATE                                     Deputy Clerk: Betsy Breeden